68 F.3d 456
 Great Western Funding, Inc., Intercapital Fund XXI, a
California Limited Partnership, Terra Yield #10
Joint Venture, a Texas Corporation,
Research Capital, Inc., a
Texas Corporation
v.
Mark Mendelson, Edward Silverman, M.D., Franklin Square
Hospital, Hampton, Hospital Group, Inc., Obermayer, Rebmann,
Maxwell & Hippel, Robert A. MacDonnell, Esquire, Louis B.
Kupperman, Esquire, Robert N.C. Nix, III, Esquire, P. Sue
Miller, Honorable F. Matthew Coppolino,
 NOS. 94-2112, 95-1011
 United States Court of Appeals,
Third Circuit.
 Sept 29, 1995
 
 1
 Appeal From: E.D.Pa., No. 91-cv-05188,
 
 158 F.R.D. 339
 
 2
 AFFIRMED.